UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL ADAMS,

                    Plaintiff,

    v.

USA,

                    Defendant.

_____/

Case Number: CV07-04802 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.



Michael S. Adams
188 Wilshire Ave.
Daly City, CA 94015

Dated: September 25, 2007

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk