UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ADAMS,                                   Case Number: CV07-04802 WHA

        Plaintiff,                         **CERTIFICATE OF SERVICE**

  v.

USA,

        Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael S. Adams
188 Wilshire Ave.
Daly City, CA 94015

Dated: September 25, 2007

                                          Richard W. Wieking, Clerk
                                          By: Dawn Toland, Deputy Clerk